```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE MIDDLE DISTRICT OF GEORGIA
                       ATHENS DIVISION
```

DEXTER ALLEN,                    *

    Plaintiff,              *

vs.                              *
                                          CASE NO. 3:09-CV-48 (CDL)

ELBERT COUNTY, DEPUTY S.         *
SCHULTZ, Individually, and
DEPUTY DAVID CLEVELAND,          *
Individually,
                             *

    Defendants.

O R D E R

The Court granted Defendants' Motion for Sanctions (Doc. 24) on February 2, 2010. Order, Feb. 2, 2010, ECF No. 25. The Court ordered Plaintiff and his counsel, Clarence V. Long, to pay Defendants' reasonable expenses, including attorney's fees, incurred in bringing their motion for sanctions. The Court also ordered Defendants' counsel to file an affidavit in support of the amount of attorney's fees incurred in having to file the motion for sanctions. Defendants' counsel filed an affidavit stating that Defendants incurred $2,090.50 in attorney's fees in the preparation of Defendants' motion for sanctions. Dempsey Aff. ¶ 6, Feb. 5, 2010, ECF No. 26. The Court finds Defendants' attorney's fees of $2,090.50 reasonable and necessary and shall be awarded. The Clerk of the Court is hereby ordered to issue an amended judgment that includes the additional $2,090.50 for attorney's fees awarded in this order.

IT IS SO ORDERED, this 11th day of August, 2010.

                                                        <u>S/Clay D. Land</u>
                                                          CLAY D. LAND
                                      UNITED STATES DISTRICT JUDGE